224

[Petition of Isaac Addington]

In answer to the Peticion of Isaac Addington this Court orders that the saide Addington continue to bee Clarke of the county Court of Suffolke till hee receive order to the [109] contrary from the Court.

[ Evidently Freegrace Bendall had returned from his voyage to Madeira and was looking for his job again. See above, p. 154n.]